THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 22, 2014

_____
Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:
JOSEPH H. JACKSON JR.
BRENDA C. VALENTINE-JACKSON

        Debtors.

Case No. 13-23392-PP
Chapter 13

**ORDER GRANTING CITY OF MILWAUKEE WATER WORKS MOTION
FOR RELIEF FROM AND A MODIFICATION OF THE AUTOMATIC STAY**

On October 2, 2014, the City of Milwaukee Water Works ("City") filed a Motion for Relief from and a Modification of the Automatic Stay to permit the City to utilize the statutory provisions contained in Wis. Stat. §66.0809(3) to seek collection of post-petition, delinquent obligations for municipal services with respect to property owned by the debtors.

On October 20, 2014, the City filed the Affidavit of Kevin P. Sullivan of No Objection to the City's motion.

Based upon the files, proceedings and record of this case,

IT IS ORDERED:

1.    The City's Motion for Relief from and a Modification of the Automatic Stay is granted.

Drafted by:
Kevin P. Sullivan
Assistant City Attorney
200 East Wells Street, Suite 800
Milwaukee, WI 53202
414-286-2601
ksulli@milwaukee.gov

2. This order shall be effective immediately upon entry thereof.

#####

1048-2014-2333/208994

Drafted by:
Kevin P. Sullivan
Assistant City Attorney
200 East Wells Street, Suite 800
Milwaukee, WI 53202
414-286-2601
ksulli@milwaukee.gov